UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LARRY CHARLES CLEVELAND,
Plaintiff

v.

J. FITTER,
Defendant.

Case No. 2:17-cv-1893-DSF (GJS)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all pleadings and other documents filed in this action, including the Report and Recommendation (Dkt. 53, "Report") of the assigned United States Magistrate Judge. No objections to the Report have been filed within the time allowed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

//

///

Accordingly, **IT IS ORDERED** that:

(1) Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is DENIED;

(2) Defendant J. Fitter is ORDERED to file an Answer to the First Amended Complaint within 21 days of this Order.

DATED: May 18, 2020

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE