UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:17-cv-01893-DSF (GJS) | Date | August 27, 2020 |
|---|---|---|---|
| Title | Larry Cleveland v. Dr. Junaid Fitter | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge | |
|---|---|---|
| E. Carson | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:**   (IN CHAMBERS) Order to Show Cause Re: Failure to Prosecute

On July 14, 2020, the Court ordered the parties to coordinate a date and time for an early settlement conference with the ADR prisoner settlement coordinator on or before August 28, 2020. [Dkt. 58.] By email on August 27, 2020, the ADR settlement coordinator informed the Court that Plaintiff has not responded to efforts to reach him to schedule a settlement conference. Specifically, Plaintiff has failed to respond to letters sent to his current address on June 20, 2020 and July 16, 2020.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute. If Plaintiff wishes this action to proceed, then **by no later than September 8, 2020,** Plaintiff shall file a response to this Court, in which he must submit a written status report to the Court indicating: (a) his preferred dates and times for a settlement conference and (b) his updated contact information including a current email address and/or phone number for scheduling purposes.

*Plaintiff is expressly warned that if he fails to file a timely response to this Order, the Court may recommend that this action be dismissed for lack of prosecution.*

**IT IS SO ORDERED.**

Initials of preparer  _efc_