JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CHARLES CLEVELAND,<br>Plaintiff<br>v.<br>DR. CORINA NGO CHIN, et al.,<br>Defendants. | Case No. 2:17-cv-01893-DSF (GJS)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the above-captioned case is dismissed without prejudice.

IT IS SO ORDERED.

DATED: September 30, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE